NEW-YORK,
May, 1817.

DRAKE
*v.*
BARRYMORE.

In tresspass against several defendants who jointly plead not guilty, one of them, against whom there is no evidence, may be acquitted, and a verdict taken a. gainst the others.

In an action of tresspass against the trustees or officers created by the act relative to common schools, they are not entitled to give evidence of a *justification* under the general is sue.

## DRAKE AND OTHERS *against* BARRYMORE.

IN ERROR, on *certiorari* to a justice's court. *Barrymore* brought in an action of trespass, before the justice, against *Drake*, *Corwin*, and *Curry*, for taking and carrying away the plaintiff's hog. The defendants in the court below pleaded not guilty. At the trial, the plentiff proved that *Drake*, one of the defendants, came to his house alone, and carried away the plaintiff's hog, without showing any privity or command of the other two defendants. *Corwin* and *Curry*, the other defendants thereupon insisted, that they ought to be acquitted; but the justice decided, that as they had pleaded jointly with *Drake*, they were to be considered as all guilty of the trespass proved against him.

The defendants then offered to prove, that *Corwin* and *Curry* were trustees of a school district, and had regularly issued a warrant to *Drake*, as collector of that district, and that he took the hog by virtue of that warrant. This evidence was objected to, and overruled by the justice, on the ground that it was inadmissible under the general issue. A judgment was given for the plaintiff, against all the defendants, for the value of the hog, with costs. The return further stated, that " the plaintiff then released and discharged the said *Corwin* and *Curry*, of and from the recovery so had against them."

*Per Curiam.* The justice erred in deciding, that upon a joint plea of not guilty, two of the defendants could not be acquitted, though there was no evidence against them. (1 *Chitty, Pl.* 75. 3 *East Rep.* 62. *Cowp.* 610.) There is a distinction in this respect, between a joint plea of the *general issue*, and a joint plea of *justification*. In the latter case, if the plea is not supported as to all, neither of the defendants can be protected under it. (*Schemerhron and others* v. *Trip*, 2 *Caines Rep.* 108. 1 *Saund.* 28. *n.* (2.)

As to the second point, the justice decided correctly, that the justification, under the collector's warrant, could not be admitted under a plea of not guilty. It is not a case within the statute, allowing to certain public officers that privilege; and the act relative to common schools, which creates these officers, is

silent in this respect. The judgment must therefore be reversed on the first ground.

In returning that the plaintiff had released two of the defendants from the judgment, the justice went beyond his office. The plaintiffs in error have no opportunity of controverting that fact, or questioning its legal effect. We cannot therefore, take notice of it on this record.

<div align="right">Judgment reversed.</div>